**FILED**
JAN 1 4 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (THE HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. 13CR-3676-GT |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING** |
| BLANCA I. GALVAN-CHAVEZ, | |
| Defendant, | |

**IT IS HEREBY ORDERED,** that the sentencing hearing presently set for January 15, 2014 at 9:30 a.m. be continued until February 4, 2014 at 9:30 a.m.

Dated: 1-14-14

_____
HON. GORDON THOMPSON, JR.
U.S. District Court Judge

---

*Order Granting Joint Motion To Continue Sentencing Hearing, U.S. v. Galvan-Chavez,* 13CR-3676-GT

1